**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
**File Name: 06a0420n.06**
**Filed: June 22, 2006**

**No. 05-6353**

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| JOAN CHARLENE RAY, | ) | |
| | ) | **ON APPEAL** FROM THE |
| **Plaintiff-Appellant,** | ) | UNITED STATES DISTRICT |
| | ) | COURT FOR THE EASTERN |
| v. | ) | DISTRICT OF KENTUCKY |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | **M E M O R A N D U M** |
| | ) | **O P I N I O N** |
| **Defendant-Appellee.** | ) | |

**BEFORE: MARTIN, NORRIS, and McKEAGUE, Circuit Judges.**

**PER CURIAM.** Plaintiff, Joan Charlene Ray, appeals from an Order of the district court affirming the decision of the Commissioner of Social Security that denied her application for Disability Insurance Benefits.

Having carefully considered the record on appeal, the briefs of the parties, and the applicable law, we conclude that the decision of the Commissioner is supported by substantial evidence.

We therefore affirm the Order of the district court for the reasons stated in the Proposed Findings of Fact and Recommendation filed by the Magistrate Judge on March 29, 2005, and in the Memorandum Opinion and Order of the district court filed on June 23, 2005.